**FORM 13**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
One Federal Plaza
New York, New York 10278

## <u>DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST</u>

This notification is submitted by <u>Michael E. Murphy</u>

(Name of attorney of record)

on behalf of <u>Detroit Thermal Systems, LLC</u> in the
matter of <u>Detroit Thermal Systems, LLC</u> v. <u>United States et al.</u>,
Court No. <u>26-02942</u>.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

<u>Vinnie Johnson Enterprises and Valeo are the parent corporations of Detroit Thermal Systems, LLC. Valeo is publicly traded and</u>
<u>holds a greater than 10% ownership interest in Detroit Thermal Systems, LLC.</u>

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

4. If this statement is submitted on behalf of a party that has obtained third-party litigation funding, identify below each third-party litigation funder.

<u>/s/ Michael E. Murphy</u>                    <u>May 7, 2026</u>

   Signature of Attorney                    Date
<u>Sidley Austin LLP</u>

   Firm
<u>1501 K St. NW</u>

   Street Address
<u>Washington, DC 20005</u>

   City, State and Zip Code
<u>+1 202 736 8016</u>

   Telephone Number
<u>ted.murphy@sidley.com</u>

   E-mail Address

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005; June 11, 2024, eff. Aug. 1, 2024; Oct. 23, 2025, eff. Dec. 1, 2025; Dec. 9, 2025, eff. Jan.5, 2026.)