FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     **FORM 11**

Detroit Thermal Systems, LLC

Plaintiff,

v.

United States et al.

Defendant.

Court No.     26-02942

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for  plaintiff              , Detroit Thermal Systems, LLC        , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

Michael E. Murphy                                    .

Date: May 7, 2026

/s/ Michael E. Murphy
Signature

Michael E. Murphy
Attorney

Sidley Austin LLP
Firm

1501 K St. N.W.
Street Address

Washington, DC 20005
City, State and Zip Code

+1 202 736 8016
Telephone Number

ted.murphy@sidley.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**            **FORM 11**

```
┌─────────────────────────────────────┐
│ Detroit Thermal Systems, LLC        │
│                                     │
│                          Plaintiff, │
│      v.                             │
│ United States et al.                │
│                                     │
│                          Defendant. │
└─────────────────────────────────────┘
```

Court No.            26-02942

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for  plaintiff                , Detroit Thermal Systems, LLC         , in this action

☐ and for the parties indicated in the actions listed on the attached

   schedule

and requests that all papers be served on him/her.

☒  The individual attorney in the undersigned firm, corporate law

   department, or the Government, who is responsible for the litigation, is

   Michael E. Murphy                                          .

Date: May 7, 2026

/s/ Aaron Applebaum
_____
Signature

Aaron Applebaum
_____
Attorney

Sidley Austin LLP
_____
Firm

1501 K St. N.W.
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

+1 202 736 8549
_____
Telephone Number

aaron.applebaum@sidley.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

<table>
<tr><td>

Detroit Thermal Systems, LLC

                            Plaintiff,

   v.

United States et al.

                            Defendant.

</td></tr>
</table>

Court No.          26-02942

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for  plaintiff              , _Detroit Thermal Systems, LLC_____, in this action

☐ and for the parties indicated in the actions listed on the attached

    schedule

and requests that all papers be served on him/her.

☒  The individual attorney in the undersigned firm, corporate law

department, or the Government, who is responsible for the litigation, is

_Michael E. Murphy_____.

Date: _May 7, 2026_____

/s/ John M. Foote
_____
Signature

John M. Foote
_____
Attorney

Sidley Austin LLP
_____
Firm

1501 K St. N.W.
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

+1 202 736 8840
_____
Telephone Number

john.foote@sidley.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**    **FORM 11**

Detroit Thermal Systems, LLC

                                                     Plaintiff,

    v.

United States et al.

                                                     Defendant.

Court No.            26-02942

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for  plaintiff                    , _Detroit Thermal Systems, LLC_____ , in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is

  Michael E. Murphy_____.

Date: _May 7, 2026_____

/s/ Gwendolyn Ellis-Joyce
_____
Signature

Gwendolyn Ellis-Joyce
_____
Attorney

Sidley Austin LLP
_____
Firm

1501 K St. N.W.
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

+1 202 736 8034
_____
Telephone Number

gwen.ellisjoyce@sidley.com
_____
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM 11**

| | |
|---|---|
| Detroit Thermal Systems, LLC<br><br>                    Plaintiff,<br>    v.<br>United States et al.<br><br>                    Defendant. | Court No.          26-02942 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the

United States Court of International Trade, the undersigned appears as attorney

for  plaintiff             ,  Detroit Thermal Systems, LLC        , in this action

☐ and for the parties indicated in the actions listed on the attached
    schedule

and requests that all papers be served on him/her.

☒  The individual attorney in the undersigned firm, corporate law
    department, or the Government, who is responsible for the litigation, is
    Michael E. Murphy                                        .

Date: May 7, 2026

/s/ Flynn K. Madden
_____
Signature

Flynn K. Madden
_____
Attorney

Sidley Austin LLP
_____
Firm

1501 K St. N.W.
_____
Street Address

Washington, DC 20005
_____
City, State and Zip Code

+1 202 736 8213
_____
Telephone Number

flynn.madden@sidley.com
_____
E-mail Address