## UNITED STATES COURT OF INTERNATIONAL TRADE

DETROIT THERMAL SYSTEMS, LLC

        Plaintiff,

  v.

The UNITED STATES OF AMERICA; the
EXECUTIVE OFFICE OF THE PRESIDENT;
UNITED STATES CUSTOMS AND BORDER
PROTECTION; RODNEY S. SCOTT, in his official
capacity as Commissioner of United States Customs
and Border Protection; the OFFICE OF THE
UNITED STATES TRADE REPRESENTATIVE;
JAMIESON GREER, in his official capacity as
United States Trade Representative; the UNITED
STATES INTERNATIONAL TRADE
COMMISSION

        Defendants.

Court No. 26-02942

     Pursuant to U.S. Court of International Trade Rule 4(b) and (h), I hereby certify that on May 7, 2026, I caused a copy of Plaintiff Detroit Thermal Systems, LLC's Summons and Complaint to be sent by certified mail, return receipt requested, upon the following parties:

Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
26 Federal Plaza
New York, NY 10278

Attorney-In-Charge
Commercial Litigation Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

U.S. Customs and Border Protection

Office of Chief Counsel

U.S. Customs and Border Protection

1300 Pennsylvania Avenue, Suite 4.4-B

Washington, DC 20229

Commissioner Rodney S. Scott

c/o Office of Chief Counsel

U.S. Customs and Border Protection

1300 Pennsylvania Avenue, Suite 4.4-B

Washington, DC 20229

Office of the United States Trade

Representative

Office of the General Counsel

Office of the U.S. Trade Representative

600 17th Street NW

Washington, DC 20508

Jamieson Greer

c/o Office of the General Counsel

Office of the U.S. Trade Representative

600 17th Street NW

Washington, DC 20508

Executive Office of the President

1600 Pennsylvania Avenue, N.W.

Washington, D.C. 20500-0005

U.S. International Trade Commission

500 E St SW

Washington, DC 20436

/s/ Gwendolyn Ellis-Joyce

Gwendolyn Ellis-Joyce

SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
+1 202 736 8034
gwen.ellisjoyce@sidley.com

Dated: May 7, 2026